IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ADELINA VELASCO DELANDEROS, and MARISELA VELASCO, | § § § § | |
| Plaintiffs, | § § | |
| v. | § | 1:16-cv-69-RP |
| HOLLY JANE HUNT, | § § § | |
| Defendant. | § § | |

### ORDER

Defendant filed a notice of removal in the above-entitled action on January 29, 2016. (Dkt. 1). Over 18 months have now passed, and Plaintiff has taken no action to advance this litigation. No proposed scheduling order has been filed. *See* W.D. Tex. Loc. R. CV-16(c) (requiring parties to submit a joint proposed scheduling order within 60 days of a defendant's appearance). Accordingly, Plaintiff is **ORDERED** either to: (1) show cause, in writing, as to why this action should not be dismissed for want of prosecution; (2) or file a stipulation of dismissal; **on or before Tuesday, October 31, 2017.**

**SIGNED** on October 23, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1