IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ADELINA VELASCO DELANDEROS AND MARISELA VELASCO<br><br>v.<br><br>HOLLY JAYNE HUNT | §<br>§<br>§<br>§<br>§<br>§<br>§   Civil Action No. 1:16-CV-00069-RP |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

To the Honorable Judge of Said Court:

COME NOW, ADELINA VELASCO DELANDEROS and MARISELA VELASCO, Plaintiffs in the above-styled and numbered cause, and pursuant to rule 41(a)(1)(A)(ii) of the Federal Rules of Civil procedure, and by agreement of all parties appearing in the instant litigation, file this Notice of Voluntary Dismissal With Prejudice, and states to the Court that the parties entered into negotiations shortly after the filing of the complaint, and arrived at a settlement of all claims in this case. Therefore, Plaintiffs no longer desire to pursue the claims they asserted against Defendant. Plaintiffs request the dismissal with prejudice of all claims as asserted against all parties in the instant litigation.

## CERTIFICATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against Defendant, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party has agreed to bear their own costs and expenses.

Respectfully submitted,

*/s/ Robert L. Ranco*
**KOMIE & MORROW LLP**
Christopher T. Morrow
State Bar No. 00791307
Robert L. Ranco
robert@komieandmorrow.com
State Bar No.  24029785
7703 North Lamar Boulevard, Ste 410
Austin, Texas 78752
(512) 338-0900 Tel.

/s/ *Katherine Knight*
**HENRY ODDO AUSTIN & FLETCHER**
Vic Houston Henry
Katherine Knight
1700 Pacific Avenue, Suite 2700
 Dallas, Texas 75201
Telephone: (214) 658-1900
Facsimile:  (214) 658-1919
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      A true and correct copy of the above and foregoing legal instrument has been forwarded in accordance with the FEDERAL RULES OF CIVIL PROCEDURE as follows:

**SENT VIA FACSIMILE TO (214) 658-1919**

Vic Houston Henry
Katherine Knight
HENRY ODDO AUSTIN & FLETCHER
1700 Pacific Avenue, Suite 2700
 Dallas, Texas 75201
Telephone: (214) 658-1900
Facsimile:  (214) 658-1919

On this 30[h] of October 2016

                                  */s/ Rob L. Ranco*_____
                                  Rob L. Ranco

Stipulation of Voluntary Dismissal With Prejudice